[This opinion has been published in *Ohio Official Reports* at 75 Ohio St.3d 1223.]

AKZO SALT, INC., APPELLANT, *v*. ADMR., OHIO BUREAU OF EMPLOYMENT SERVICES, APPELLEE.

[Cite as *Akzo Salt, Inc. v. Ohio Bur. of Emp. Serv*., 1996-Ohio-434.]

*Appeal dismissed as improvidently allowed.*

(No. 95-1253—Submitted May 22, 1996—Decided July 3, 1996.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 67221.

————————————

*Willacy & LoPresti, Timothy A. Marcovy, Aubrey B. Willacy* and *M. Scott Young*, for appellant.

*Betty D. Montgomery*, Attorney General, *Betsey Nims Friedman* and *Frank J. Reed, Jr*., Assistant Attorneys General, for appellee.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and STRATTON, JJ., concur.

COOK, J., dissents and would reverse the judgment of the court of appeals.

————————————